**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **DEMARAY LLC,** | § | |
| *Plaintiff* | § | |
| | § | **W-20-CV-00634-ADA** |
| **-v-** | § | |
| | § | |
| **INTEL CORPORATION,** | § | |
| *Defendant* | § | |
| | § | |

| | | |
|---|---|---|
| **DEMARAY LLC,** | § | |
| *Plaintiff* | § | |
| | § | **W-20-CV-00636-ADA** |
| **-v-** | § | |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD.** | § | |
| **(A KOREAN COMPANY),  SAMSUNG** | § | |
| **ELECTRONICS AMERICA, INC.,** | § | |
| **SAMSUNG SEMICONDUCTOR, INC.,** | § | |
| **SAMSUNG AUSTIN** | § | |
| **SEMICONDUCTOR, LLC,** | § | |
| *Defendants* | § | |

## <u>ORDER APPOINTING TECHNICAL ADVISOR</u>

The Court hereby appoints Dr. Joshua J. Yi to serve as the Technical Advisor for the Court

in this case.  Dr. Yi's contact information is as follows:

> Dr. Joshua J. Yi
> 8650 Spicewood Springs Road, Suite 145, #226
> Austin, TX 78759
> josh@joshuayipatentlaw.com

Dr. Yi will assist the Court with technical issues related to the claim construction process

and advise the Court regarding preliminary and final claim constructions.  Because a technical

advisor serves essentially as a law clerk to the Court and will be familiar with the claim

construction issues in this case, Dr. Yi may also assist the Court in drafting a claim construction

order.

The parties are instructed to mail a paper copy of the claim construction briefs and a USB drive with any exhibits and/or technology tutorials to the above address no later than at least 10 days before the claim construction hearing.

Finally, depending on the needs of the case, Dr. Yi may also assist the Court with motions for summary judgment, Daubert motions, at trial, and with post-trial motions.

**SIGNED** this 1st day of February, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE