You may have heard a question asked by Demaray LLC's counsel this morning suggesting that Applied Materials was criminally indicted. That suggestion was false. I instruct you to disregard the improper suggestion made by Demaray LLC's counsel and to not consider it in any way in your deliberations.

**FILED**
February 15, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Jennifer Clark
DEPUTY