UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DEMARAY LLC | § § CIVIL NO: |
| vs. | § WA:20-CV-00636-ADA § |
| SAMSUNG ELECTRONICS CO., LTD. (A KOREAN COMPANY), SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC | § § |

## **LIST OF WITNESSES**

### FOR PLAINTIFF

| | |
|---|---|
| 1. | Ernest Demaray |
| 2. | Hongmei Zhang |
| 3. | Brian Marcucci |
| 4. | Alexander Glew |
| 5. | Beomyong Hwang via video deposition |
| 6. | Dongjun Choi via video deposition |
| 7. | Jung Yoon, Kim via video deposition |
| 8. | Dong Kim via video deposition |
| 9. | Hyuk Yul Choi via video deposition |
| 10. | Kim Minsu via video deposition |

### FOR DEFENDANT

| | |
|---|---|
| 1. | Tim Dean |
| 2. | Keith Miller |
| 3. | Carl Johnson |
| 4. | Josh Pankratz via video deposition |
| 5. | Peter Forth via video deposition |
| 6. | John Bravman |
| 7. | Carl Johnson (recalled) |
| 8. | Eddie Maxwell |
| 9. | Kevin Neels |
| 10. | William Todd Schoettelkotte |

| | | |
|---|---|---|
| 11. | Kim Do-Hyung via video deposition | 11. |
| 12. | Byung Kil via video deposition | 12. |
| 13. | Eunok Lee via video deposition | 13. |
| 14. | John Forster via video deposition | 14. |
| 15. | Konstantinos Giapis | 15. |
| 16. | Bruce Jacob | 16. |
| 17. | Phil Alden via video deposition | 17. |
| 18. | Mark Chandler | 18. |
| 19. | Ryan Sullivan | 19. |
| 20. | John Forester recalled via video deposition | 20. |
| 21. | Alexander Glew recalled | 21. |