**FILED**
February 16, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jennifer Clark_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DEMARAY LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. (A KOREAN COMPANY), SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR LLC,<br><br>        Defendants. | CASE NO. 6:20-cv-00636-ADA |

# JURY VERDICT FORM

February 16, 2024
5:40 p—

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein, "Demaray" means "Demaray LLC" and "Samsung" means Samsung Electronics Company, Samsung Electronics America, Samsung Semiconductor, and Samsung Austin Semiconductor, collectively. As used herein, "'276 patent" means U.S. Patent No. 7,544,276, and "'657 Patent" means U.S. Patent No. 7,381,657.

We, the jury, unanimously agree to the answers to the following questions, and return them under the instructions of this Court as our verdict in this case.

QUESTION NO 1: INFRINGEMENT

For the **Cirrus Chambers**, has Demaray proven by a preponderance of the evidence that Samsung literally infringed the following patent claims?

Check "Yes" (for Demaray) or "No" (for Samsung).

| Patent Claim | Yes | No |
|---|---|---|
| '276 Patent, Claim 1 | | ✓ |
| '276 Patent, Claim 2 | | ✓ |
| '276 Patent, Claim 3 | | ✓ |
| '276 Patent, Claim 6 | | ✓ |
| '276 Patent, Claim 7 | | ✓ |
| '276 Patent, Claim 8 | | ✓ |
| '657 Patent, Claim 1 | | ✓ |

2

For the **Cirrus Chambers**, has Demaray proven by a preponderance of the evidence that Samsung infringed the following patent claims under the Doctrine of Equivalents?

Check "Yes" (for Demaray) or "No" (for Samsung).

| Patent Claim | Yes | No |
| --- | --- | --- |
| '276 Patent, Claim 1 | | ✓ |
| '276 Patent, Claim 2 | | ✓ |
| '276 Patent, Claim 3 | | ✓ |
| '276 Patent, Claim 6 | | ✓ |
| '276 Patent, Claim 7 | | ✓ |
| '276 Patent, Claim 8 | | ✓ |
| '657 Patent, Claim 1 | | ✓ |

For the **Avenir Chambers**, has Demaray proven by a preponderance of the evidence that Samsung literally infringed the following claims of the following patents?

Check "Yes" (for Demaray) or "No" (for Samsung).

| Patent Claim | Yes | No |
| --- | --- | --- |
| '276 Patent, Claim 1 | | ✓ |
| '276 Patent, Claim 2 | | ✓ |
| '276 Patent, Claim 3 | | ✓ |
| '276 Patent, Claim 6 | | ✓ |
| '276 Patent, Claim 7 | | ✓ |
| '276 Patent, Claim 8 | | ✓ |

For the **Avenir Chambers**, has Demaray proven by a preponderance of the evidence that Samsung infringed the following claims of the following patents under the Doctrine of Equivalents?

Check "Yes" (for Demaray) or "No" (for Samsung).

| Patent Claim | Yes | No |
| --- | --- | --- |
| '276 Patent, Claim 1 | | ✓ |
| '276 Patent, Claim 2 | | ✓ |
| '276 Patent, Claim 3 | | ✓ |
| '276 Patent, Claim 6 | | ✓ |
| '276 Patent, Claim 7 | | ✓ |
| '276 Patent, Claim 8 | | ✓ |

**If you checked YES for any part of Question #1, THEN PROCEED TO ANSWER QUESTION #2.**

**If you checked NO for every part of Question #1, THEN PROCEED TO THE FINAL SIGNATURE PAGE OF THIS JURY VERDICT FORM. DO NOT ANSWER ANY ADDITIONAL QUESTIONS.**

## QUESTION 2: INVALIDITY

Has Samsung proven by clear and convincing evidence that the following claims of the following patents are invalid?

Check "Yes" (for Samsung, invalid) or "No" (for Demaray, not invalid).

| Patent Claim | Yes | No |
|---|---|---|
| '276 Patent, Claim 1 | | |
| '276 Patent, Claim 2 | | |
| '276 Patent, Claim 3 | | |
| '276 Patent, Claim 6 | | |
| '276 Patent, Claim 7 | | |
| '276 Patent, Claim 8 | | |
| '657 Patent, Claim 1 | | |

**If you answered YES in Question #2 for each claim found to be infringed in Question #1, THEN PROCEED TO THE FINAL PAGE OF THIS JURY VERDICT FORM. DO NOT ANSWER ANY ADDITIONAL QUESTIONS.**

**If you answered NO in Question #2 for any claim found to be infringed in Question #1, THEN PROCEED TO ANSWER QUESTION #3.**

5

**QUESTION 3: DAMAGES (IF APPLICABLE)**

**If you found an asserted claim of the '276 patent or '657 patent to be infringed <u>and</u> not invalid, proceed to answer the following questions for any chamber for which you found infringement.**

*IF YOU FOUND THE ASSERTED CLAIMS OF THE '276 PATENT AND '657 PATENT NOT INFRINGED <u>OR</u> INVALID, YOU DO NOT NEED TO ANSWER QUESTION 3.*

What is the amount of damages you find that Demaray has proven by a preponderance of the evidence for Samsung's infringement?

_____

6

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your **unanimous** determinations. After you have satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict.

SIGNED this 16 day of February, 2024.

███████████████████████
JURY FOREPERSON