UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DEMARAY LLC,<br><br>               Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. (A KOREAN COMPANY), SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR LLC,<br><br>               Defendants. | CASE NO. 6:20-cv-00636-ADA<br><br>**FINAL JUDGMENT** |

      As determined by the unanimous jury verdict returned in this case on February 16, 2024, Judgment is entered under Fed. R. Civ. P. 58 in favor of Defendants Samsung Electronics Company, LTD. (a Korean Company), Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor LLC (collectively, "Samsung"), and against Plaintiff Demaray LLC as follows:

      (a) For Cirrus Cobalt, Cirrus Titanium, and Cirrus Titanium Nitride Chambers, Samsung does not literally infringe claims 1, 2, 3, 6, 7 or 8 of U.S. Patent No. 7,544,276 or claim 1 of U.S. Patent No. 7,381,657.

      (b) For Cirrus Cobalt, Cirrus Titanium, and Cirrus Titanium Nitride Chambers, Samsung does not infringe claims 1, 2, 3, 6, 7 or 8 of U.S. Patent No. 7,544,276 or claim 1 of U.S. Patent No. 7,381,657 under the Doctrine of Equivalents.

      (c) For Avenir Titanium Chambers, Samsung does not literally infringe claims 1, 2, 3, 6, 7 or 8 of U.S. Patent No. 7,544,276.

(d) For Avenir Titanium Chambers, Samsung does not infringe claims 1, 2, 3, 6, 7 or 8 of U.S. Patent No. 7,544,276 under the Doctrine of Equivalents.

**IT IS SO ORDERED.**

**SIGNED** this 5th day of March, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE