# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DEMARAY LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. (A KOREAN COMPANY), SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR LLC,<br><br>　　　　　Defendants. | CASE NO. 6:20-cv-00636-ADA |

## SAMSUNG'S BILL OF COSTS SUBMISSION

As the prevailing party in this litigation, Samsung requests an award of costs in the amount of **$529,743.60**. Samsung's costs are enumerated in the attached Bill of Costs form (AO 133) and are explained in further detail in Samsung's supporting memorandum filed concurrently herewith.

Case 6:20-cv-00636-ADA   Document 562   Filed 04/26/24   Page 2 of 3

| | |
|---|---|
| Dated: April 26, 2024 | Respectfully submitted,<br><br>/s/ Sharre Lotfollahi |
| John M. Desmarais (*pro hac vice*)<br>jdesmarais@desmaraisllp.com<br>Yung-Hoon Ha (*pro hac vice*)<br>yha@desmaraisllp.com<br>Cosmin Maier (*pro hac vice*)<br>cmaier@desmaraisllp.com<br>Christian Dorman (*pro hac vice*)<br>cdorman@desmaraisllp.com<br>DESMARAIS LLP<br>230 Park Avenue, 26th Floor<br>New York, NY 10169<br>Telephone: (212) 351-3400 | Adam R. Alper (*pro hac vice*)<br>adam.alper@kirkland.com<br>Akshay S. Deoras (*pro hac vice*)<br>akshay.deoras@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br><br>Michael W. De Vries (*pro hac vice*)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street, Suite 3700<br>Los Angeles, CA 90071<br>Telephone: (213) 680-8400<br><br>Sharre Lotfollahi (*pro hac vice*)<br>sharre.lotfollahi@kirkland.com<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East<br>Los Angeles, CA 90067<br>Telephone: (310) 552-4200<br><br>Leslie Schmidt (*pro hac vice*)<br>leslie.schmidt@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Ave.<br>New York, NY 10022<br>Telephone: (212) 446-4800<br><br>Kat Li<br>Texas State Bar No. 24070142<br>kat.li@kirkland.com<br>KIRKLAND & ELLIS LLP<br>401 Congress Ave.<br>Austin, TX 78701<br>Telephone: (512) 678-9100<br><br>Attorneys for Defendants, Samsung Electronics Co., Ltd., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. |

2

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on April 26, 2024 with a copy of this document via e-mail.

>    */s/ Sharre Lotfollahi*
>    Sharre Lotfollahi