## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **DEMARAY LLC,**<br><br>      Plaintiff,<br><br>      v.<br><br>**SAMSUNG ELECTRONICS CO., LTD. (A KOREAN COMPANY), SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR, LLC,**<br><br>      Defendants. | CASE NO. 6:20-cv-00636-ADA |

## ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS WITH PREJUDICE

The Court, having reviewed the Parties' Joint Stipulation and Motion to Dismiss with Prejudice, finds that the motion should be and is hereby **GRANTED**.

Accordingly, IT IS ORDERED that this entire action, and all of Plaintiff Demaray LLC's and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, LLC's respective claims, counterclaims and defenses asserted therein, are dismissed with prejudice.

IT IS FURTHER ORDERED that each party bear all its own costs, expenses, and attorneys' fees.

IT IS FURTHER ORDERED that any and all orders of this Court or agreements of the Parties regarding costs, including the Joint Stipulation dated May 31, 2024 (Dkt. 567) regarding Samsung's proposed bill of costs, are vacated and of no force and effect.

IT IS SO ORDERED.

Date: January 26, 2026

_____
THE HONORABLE ALAN D ALBRIGHT
U.S. District Court Judge